E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIZABETH HUBER,

    Defendant.

No. ~~C-02-02098~~ MJJ  
CR02-0286

**BRIEFING SCHEDULE REGARDING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The Court has received and read Defendant's Motion for Early Termination of Supervised Release and hereby sets the following briefing schedule:

    Government's Opposition brief due March 9, 2007;

    Defendant's Reply brief due March 16, 2007;

    Hearing on Motion for Early Termination of Supervised Release: April 5, 2007 at 2:00 p.m. in San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 28, 2007

                                        MARTIN J. JENKINS  
                                        UNITED STATES DISTRICT JUDGE